USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITO ROHR,

                Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. 22-CV-4059 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 19, 2022, the Court ordered the parties in this action to either file a form of Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, or submit a joint letter advising that the parties do not consent to conducting all further proceedings before Magistrate Judge Cave. The parties' response to that order was due within two weeks of the date of the Court's order. To date, no such submission has been filed to the docket.

    By no later than October 12, 2022, the parties shall respond to the Court's September 19, 2022 order.

SO ORDERED.

Dated:    October 5, 2022
                New York, New York

_____
Ronnie Abrams
United States District Judge