UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
VITO ROHR

                            Plaintiff,                        ORDER

                                                              1:22-cv-04059-GRJ

      v.

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

     Pending before the Court is the Stipulation and Order, filed by the parties. (Docket No. 30.) The parties stipulate and agree that the Commissioner's decision should be reversed and the case should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand the Commissioner will offer the plaintiff the opportunity for a new hearing and issue a new decision.

     Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The

Clerk is directed to terminate all pending motions, enter final judgment, and then close the file.

Dated: May 5, 2023                         SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge