**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VITO ROHR,

               Plaintiff,               22 **CIVIL** 4059 (GRJ)

     -v-                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2023, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York
          May 5, 2023

                                                     **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                     **BY:**     *K. Mango*

                                                          **Deputy Clerk**